# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ELLIOTT, THOMAS D. | § Case No. 11-23803 |
|     ELLIOTT, ANNA F. | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 06, 2011. The undersigned trustee was appointed on June 06, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $           50,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,401.90 |
| Bank service fees | 758.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $           39,840.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/24/2011 and the deadline for filing governmental claims was 12/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation to which the trustee is $5,750.00. To the extent that additional moneys is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/30/2013          By: /s/ILENE F. GOLDSTEIN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 11-23803 | Trustee: | (330290) ILENE F. GOLDSTEIN |
| --- | --- | --- | --- |
| Case Name: | ELLIOTT, THOMAS D. | Filed (f) or Converted (c): | 06/06/11 (f) |
| | ELLIOTT, ANNA F. | §341(a) Meeting Date: | 07/22/11 |
| Period Ending: | 05/30/13 | Claims Bar Date: | 10/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1/3 interest in 110 acres at 14429 State Highway  Orig. Asset Memo: Imported from original petition Doc# 1 | 66,900.00 | 66,900.00 | | 50,000.00 | FA |
| 2  Cash  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at Fifth Third Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 195.22 | 0.00 | | 0.00 | FA |
| 4  Checking account at Bank of America  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,735.54 | 0.00 | | 0.00 | FA |
| 5  Savings account at Bank of America  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,568.71 | 2,549.47 | | 0.00 | FA |
| 6  Household Goods  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  Collectibles  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Clothes  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  Wedding rings, watches & costume jewerly  Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 10  Northwestern Mutal  Orig. Asset Memo: Imported from original petition Doc# 1 | 16,478.00 | 0.00 | | 0.00 | FA |
| 11  Mutual of New York  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Retirement interests  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-23803  
Case Name: ELLIOTT, THOMAS D.  
ELLIOTT, ANNA F.  
Period Ending: 05/30/13

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 06/06/11 (f)  
§341(a) Meeting Date: 07/22/11  
Claims Bar Date: 10/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 401k through Bank of America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Honda Civic<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 1,700.00 | | 0.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | $104,527.47 | $71,149.47 | | $50,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD HER INTEREST IN A PIECE OF REAL ESTATE IN WISC AND FILED HER FINAL TAX RETURNS. SHE IS CURRENTLY CLOSING THE ESTATE.

THE TRUSTEE EXPECT TO HAVE HER FINAL REPORT ON FILE BY JUNE 30, 2013.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013       **Current Projected Date Of Final Report (TFR):** June 30, 2013

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 11-23803 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, THOMAS D. | | Bank Name: | The Bank of New York Mellon |
| | ELLIOTT, ANNA F. | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***9262 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/12 | {1} | Southwest Title (Patrick and Jude Elliott) | Sale of Trustee's Interest in Real Estate | 1110-000 | 50,000.00 | | 50,000.00 |
| 06/04/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 7,831.50 | 42,168.50 |
| 06/04/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 110.04 | 42,058.46 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.36 | 41,986.10 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.77 | 41,894.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.70 | 41,805.63 |
| 09/11/12 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Bankruptsy Estate Income Tax | 2820-000 | | 410.00 | 41,395.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.64 | 41,315.99 |
| 10/29/12 | 104 | Wisconsin Department of Revenue | Income Tax | 2810-000 | | 1,014.00 | 40,301.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.12 | 40,208.87 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.46 | 40,126.41 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.48 | 40,046.93 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 40,046.93 | 0.00 |

|  |  | ACCOUNT TOTALS | 50,000.00 | 50,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 40,046.93 | |
|  |  | **Subtotal** | 50,000.00 | 9,953.07 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$50,000.00** | **$9,953.07** | |

{} Asset reference(s)

Printed: 05/30/2013 03:43 PM        V.13.13

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 11-23803 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, THOMAS D. | | Bank Name: | Rabobank, N.A. |
| | ELLIOTT, ANNA F. | | Account: | ****772066 - Checking Account |
| Taxpayer ID #: | **-***9262 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 40,046.93 | | 40,046.93 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.43 | 39,985.50 |
| 02/26/13 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-23803, Bond Number 016026455 | 2300-000 | | 36.36 | 39,949.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.67 | 39,895.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.47 | 39,840.00 |
| | | | ACCOUNT TOTALS | | 40,046.93 | 206.93 | $39,840.00 |
| | | | Less: Bank Transfers | | 40,046.93 | 0.00 | |
| | | | Subtotal | | 0.00 | 206.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $206.93 | |

```
Net Receipts :     50,000.00
                  _____
Net Estate :      $50,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******51-66 | 50,000.00 | 9,953.07 | 0.00 |
| Checking # ****772066 | 0.00 | 206.93 | 39,840.00 |
| | $50,000.00 | $10,160.00 | $39,840.00 |

{} Asset reference(s)                                  Printed: 05/30/2013 03:43 PM     V.13.13

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-23803
Case Name: ELLIOTT, THOMAS D.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 39,840.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Dept of the Treasury | 38,730.41 | 38,730.41 | 0.00 | 30,091.00 |

Total to be paid to secured creditors: $ 30,091.00
Remaining balance: $ 9,749.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 10,736.50 | 7,831.50 | 2,905.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 175.04 | 110.04 | 65.00 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 888.00 | 0.00 | 888.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 141.00 | 0.00 | 141.00 |

Total to be paid for chapter 7 administration expenses: $ 9,749.00
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $466.68 made will be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11P | Illinois Department of Revenue | 466.68 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,943.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 8,270.09 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 19,105.23 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 19,105.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 1,120.75 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7,536.19 | 0.00 | 0.00 |
| 7 | Chase Bank USA, N.A. | 9,012.23 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 528.09 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 3,195.37 | 0.00 | 0.00 |
| 10 | Fifth Third Bank | 19,978.47 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 92.16 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $          0.00

**UST Form 101-7-TFR (05/1/2011)**