**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ELLIOTT, THOMAS D. § Case No. 11-23803
ELLIOTT, ANNA F. §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on **06/28/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/29/2013            By:    /s/ Ilene F. Goldstein
                                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: ELLIOTT, THOMAS D. | § | Case No. 11-23803 |
| ELLIOTT, ANNA F. | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 10,160.00 |
| *leaving a balance on hand of* [1] | $ 39,840.00 |
| **Balance on hand:** | $ 39,840.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Dept of the Treasury | 38,730.41 | 38,730.41 | 0.00 | 30,091.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 30,091.00 |
| Remaining balance: | $ 9,749.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 10,736.50 | 7,831.50 | 2,905.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 175.04 | 110.04 | 65.00 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 888.00 | 0.00 | 888.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 141.00 | 0.00 | 141.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,749.00 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $    0.00
Remaining balance: $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $466.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Illinois Department of Revenue | 466.68 | 0.00 | 0.00 |

Total to be paid for priority claims: $    0.00
Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,943.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,270.09 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 19,105.23 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 19,105.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 1,120.75 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7,536.19 | 0.00 | 0.00 |
| 7 | Chase Bank USA, N.A. | 9,012.23 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 528.09 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 3,195.37 | 0.00 | 0.00 |
| 10 | Fifth Third Bank | 19,978.47 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 92.16 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $    0.00
Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 11-23803-ABG
Thomas D. Elliott                                                   Chapter 7
Anna F. Elliott
         Debtors                      CERTIFICATE OF NOTICE

District/off: 0752-1           User: esullivan              Page 1 of 2             Date Rcvd: May 31, 2013
                               Form ID: pdf006              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2013.
db/jdb        +Thomas D. Elliott,    Anna F. Elliott,    1221 Johnson Dr.,    #2517,    Buffalo Grove, IL 60089-6516
17373036      +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
17373035       American Express,    P.O. Box 0001,    Fort Lauderdale, FL 33336-0001
17670941       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17373037       Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
17373039       CB Accounts, Inc.,    POB 805184,    Dept. 0102,    Kansas City, MO 64180-5184
17373038      +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
20311640       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
17373040       Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
17665833       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17619769       FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17373042     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Customer Service MD 1 MO,
                38 Fountain Square Plaza,    Cincinnati, OH 45263)
17709220      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
17373043      +First Nar'l Bank of Omaha,    P.O. Box 3412,    Omaha, NE 68103-0412
20223465       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
17373046       Shell Citi Bank,    P.O. Box 6000,    The Lakes, NV 89163-6000
17373047       United Mileage Plus,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17373044       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 01 2013 01:54:15     Honda Finance,    P.O. Box 5308,
                Elgin, IL 60121-5308
17654619       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2013 02:18:44     Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,   PO Box 248839,    Oklahoma City, OK 73124-8839
17373045       E-mail/Text: cio.bncmail@irs.gov Jun 01 2013 01:47:18     Dept of the Treasury,
                Internal RevenueService,    P O Box 7346,    Philadelphia PA 19101-7346
17373041       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2013 02:13:09     Discover,    POB 6103,
                Carol Stream, IL 60197-6103
17590053       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2013 02:13:09     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17696684*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: May 31, 2013
                              Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2013 at the address(es) listed below:

      David J Frankel   on behalf of Creditor   Honda Lease Trust dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com

      Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com, IL35@ecfcbis.com

      Ilene F Goldstein, ESQ   ifgcourt@aol.com,   IL35@ecfcbis.com

      Ilene F Goldstein, ESQ   on behalf of Attorney Ilene F Goldstein ifgcourt@aol.com, IL35@ecfcbis.com

      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

      Timothy M Hughes   on behalf of Joint Debtor Anna F. Elliott thughes@lavellelaw.com

      Timothy M Hughes   on behalf of Debtor Thomas D. Elliott thughes@lavellelaw.com

      TOTAL: 7