## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ELLIOTT, THOMAS D. § Case No. 11-23803
      ELLIOTT, ANNA F. §
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $37,627.47       Assets Exempt: $33,378.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,091.00      Claims Discharged
    Without Payment: $88,410.49

Total Expenses of Administration: $19,909.00

---

    3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $38,730.41 | $38,730.41 | $30,091.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,909.00 | 19,909.00 | 19,909.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 466.68 | 466.68 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 87,943.81 | 87,943.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $147,049.90 | $147,049.90 | $50,000.00 |

4) This case was originally filed under Chapter 7 on June 06, 2011. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/3 interest in 110 acres at 14429 State Highway | 1110-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dept of the Treasury | 4110-000 | N/A | 38,730.41 | 38,730.41 | 30,091.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$38,730.41** | **$38,730.41** | **$30,091.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 10,736.50 | 10,736.50 | 10,736.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 175.04 | 175.04 | 175.04 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 888.00 | 888.00 | 888.00 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 141.00 | 141.00 | 141.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 72.36 | 72.36 | 72.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.77 | 91.77 | 91.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.70 | 88.70 | 88.70 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 410.00 | 410.00 | 410.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.64 | 79.64 | 79.64 |
| Wisconsin Department of Revenue | 2810-000 | N/A | 1,014.00 | 1,014.00 | 1,014.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.12 | 93.12 | 93.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.46 | 82.46 | 82.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.48 | 79.48 | 79.48 |
| Rabobank, N.A. | 2600-000 | N/A | 61.43 | 61.43 | 61.43 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 36.36 | 36.36 | 36.36 |
| Rabobank, N.A. | 2600-000 | N/A | 53.67 | 53.67 | 53.67 |
| Rabobank, N.A. | 2600-000 | N/A | 55.47 | 55.47 | 55.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$19,909.00** | **$19,909.00** | **$19,909.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Illinois Department of Revenue | 5800-000 | N/A | 466.68 | 466.68 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $466.68 | $466.68 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,270.09 | 8,270.09 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 19,105.23 | 19,105.23 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 19,105.23 | 19,105.23 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,120.75 | 1,120.75 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,536.19 | 7,536.19 | 0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,012.23 | 9,012.23 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 528.09 | 528.09 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 3,195.37 | 3,195.37 | 0.00 |
| 10 | Fifth Third Bank | 7100-000 | N/A | 19,978.47 | 19,978.47 | 0.00 |
| 11U | Illinois Department of Revenue | 7100-000 | N/A | 92.16 | 92.16 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $87,943.81 | $87,943.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-23803  
**Case Name:** ELLIOTT, THOMAS D.  
ELLIOTT, ANNA F.  
**Period Ending:** 08/28/13

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/11 (f)  
**§341(a) Meeting Date:** 07/22/11  
**Claims Bar Date:** 10/24/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1/3 interest in 110 acres at 14429 State Highway<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 66,900.00 | 66,900.00 | | 50,000.00 | FA |
| 2  Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at Fifth Third Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 195.22 | 0.00 | | 0.00 | FA |
| 4  Checking account at Bank of America<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,735.54 | 0.00 | | 0.00 | FA |
| 5  Savings account at Bank of America<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,568.71 | 2,549.47 | | 0.00 | FA |
| 6  Household Goods<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  Collectibles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Clothes<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  Wedding rings, watches & costume jewerly<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 10  Northwestern Mutual<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 16,478.00 | 0.00 | | 0.00 | FA |
| 11  Mutual of New York<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Retirement interests | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-23803  
**Case Name:** ELLIOTT, THOMAS D.  
ELLIOTT, ANNA F.  
**Period Ending:** 08/28/13  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/11 (f)  
**§341(a) Meeting Date:** 07/22/11  
**Claims Bar Date:** 10/24/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 401k through Bank of America  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Honda Civic  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 1,700.00 | | 0.00 | FA |
| 14 | Assets   Totals (Excluding unknown values) | $104,527.47 | $71,149.47 | | $50,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD HER INTEREST IN A PIECE OF REAL ESTATE IN WISC AND FILED HER FINAL TAX RETURNS.  SHE IS CURRENTLY CLOSING THE ESTATE.
THE TRUSTEE EXPECT TO HAVE HER FINAL REPORT ON FILE BY JUNE 30, 2013.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2013        **Current Projected Date Of Final Report (TFR):**   June 30, 2013

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-23803 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, THOMAS D. | | Bank Name: | The Bank of New York Mellon |
| | ELLIOTT, ANNA F. | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***9262 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/28/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/12 | {1} | Southwest Title (Patrick and Jude Elliott) | Sale of Trustee's Interest in Real Estate | 1110-000 | 50,000.00 | | 50,000.00 |
| 06/04/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 7,831.50 | 42,168.50 |
| 06/04/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 110.04 | 42,058.46 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.36 | 41,986.10 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.77 | 41,894.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.70 | 41,805.63 |
| 09/11/12 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Bankruptsy Estate Income Tax | 2820-000 | | 410.00 | 41,395.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.64 | 41,315.99 |
| 10/29/12 | 104 | Wisconsin Department of Revenue | Income Tax | 2810-000 | | 1,014.00 | 40,301.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.12 | 40,208.87 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.46 | 40,126.41 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.48 | 40,046.93 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 40,046.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,046.93 | |
| | | | Subtotal | | 50,000.00 | 9,953.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $50,000.00 | $9,953.07 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 08/28/2013 01:30 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-23803  
**Case Name:** ELLIOTT, THOMAS D.  
ELLIOTT, ANNA F.  
**Taxpayer ID #:** \*\*-\*\*\*9262  
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*772066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 40,046.93 | | 40,046.93 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.43 | 39,985.50 |
| 02/26/13 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-23803, Bond Number 016026455 | 2300-000 | | 36.36 | 39,949.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.67 | 39,895.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.47 | 39,840.00 |
| 06/28/13 | 10106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $10,736.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,905.00 | 36,935.00 |
| 06/28/13 | 10107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $175.04, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 65.00 | 36,870.00 |
| 06/28/13 | 10108 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $5,750.00, Trustee Compensation; Reference: | 2100-000 | | 5,750.00 | 31,120.00 |
| 06/28/13 | 10109 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $888.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 888.00 | 30,232.00 |
| 06/28/13 | 10110 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $141.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 141.00 | 30,091.00 |
| 06/28/13 | 10111 | Dept of the Treasury | Dividend paid 77.69% on $38,730.41; Claim# 2; Filed: $38,730.41; Reference: | 4110-000 | | 30,091.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,046.93 | 40,046.93 | $0.00 |
| | | | Less: Bank Transfers | | 40,046.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 40,046.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$40,046.93** | |

{} Asset reference(s)

Printed: 08/28/2013 01:30 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-23803  
**Case Name:** ELLIOTT, THOMAS D.  
ELLIOTT, ANNA F.  
**Taxpayer ID #:** **-***9262  
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****772066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    50,000.00  
Net Estate :    $50,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******51-66** | **50,000.00** | **9,953.07** | **0.00** |
| **Checking # ****772066** | **0.00** | **40,046.93** | **0.00** |
| | **$50,000.00** | **$50,000.00** | **$0.00** |